IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

In re MORNING SONG BIRD
FOOD LITIGATION

Case No. 14-mc-0008

**ORDER**

    Before the Court is a Motion to Compel Wal-Mart Stores, Inc.'s Compliance with Subpoena filed on behalf of Plaintiffs Barbara Cowin, Laura Cyphert, Milt Cyphert, David Kirby, Billy Kloeppel, and Ellen Larson. (ECF No. 1). These Plaintiffs have notified the Court that Wal-Mart Stores, Inc. has responded to the subpoena that was the subject of the motion, and wish to withdraw their Motion.

    Accordingly, the pending Motion to Compel is **DENIED AS MOOT**.

    IT IS SO ORDERED, this 15th day of May, 2015.

    /s/ Susan O. Hickey
Susan O. Hickey
United States District Judge